In the Matter of GEORGE L. GOUVEIA, Petitioner, v. DEPARTMENT OF STATE, Respondent.—

Concur — Markewich, J. P., Nunez, McNally and Steuer, JJ.

RITA G. KLEIN, as Administratrix of the Estate of NORMAN J. KLEIN, Deceased, Respondent, v. PIEDMONT AVIATION, INC., et al., Appellants, et al., Defendant.—

Concur — Stevens, P. J., Eager and Steuer, JJ.; Nunez, J., concurs, and Capozzoli, J., dissents, in the following memoranda: Nunez, J. (concurring). I concur with the majority only upon constraint of *Pharo* v. *Piedmont Aviation* (34 A D 2d 752, 753). Capozzoli, J. (dissenting). I would affirm the order appealed from for the reasons set forth in my dissent in *Pharo* v. *Piedmont Aviation* (34 A D 2d 752, 753). Settle order on notice.